

**FIDELIS CARE**
NEW YORK

<u>BY FACSIMILE [718-613-2365] AND ECF</u>

May 14, 2009

The Honorable Cheryl L. Pollack
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Steward v. New York State Catholic Health Plan, Inc.*
          *d/b/a Fidelis Care New York, Inc., et al.*, 08 CV 4443 (FB)(CLP)

Dear Magistrate Judge Pollack:

I am co-counsel for defendant New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York, Inc. The parties are pleased to report that, after the settlement conference conducted by Your Honor on April 28, 2009, they have arrived at an agreement as to the principal terms of a settlement of this matter.

At the April 28th Conference, Your Honor established certain dates for the completion of pre-trial discovery, the first of which, for the service of discovery requests, will occur on May 20, 2009.

Accordingly, to allow the parties time to consummate the settlement of this action without the need to engage in pre-trial discovery, plaintiff and defendant jointly request that all dates for discovery established by Your Honor be extended 60 days.

Respectfully,

James Robert Pigott, Jr.
Chief Legal Officer
Fidelis Care New York

SO ORDERED.

*Cheryl Pollack*
U.S. Magistrate Judge
5/14/09

cc:   Jennifer F. DiMarco, Esq. (via ECF and first class mail)
       David Stein, Esq., (via ECF and first class mail)

NORTHEAST REGION
8 SOUTHWOODS BOULEVARD
ALBANY, NEW YORK 12211
518-427-0481

CENTRAL REGION
5010 CAMPUSWOOD DRIVE
EAST SYRACUSE, NEW YORK 13057
315-437-1835

GREATER METROPOLITAN REGION
95-25 QUEENS BOULEVARD
REGO PARK, NEW YORK 11374
718-896-6500

WESTERN REGION
40 JOHN GLENN DRIVE
AMHERST, NEW YORK 14228
716-564-3630

FIDELIS CARE NEW YORK IS THE CATHOLIC-SPONSORED HEALTH PLAN
WWW.FIDELISCARE.ORG